ELIZABETH ATKINSON CLEARY and Another, Respondents, v. ANAIS C. BLISS,

Appellant, Impleaded with Josephine R. Striker, as Administratrix, etc., of Elsworth L. Striker, Deceased, Respondent, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.